UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-40041 |
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM PURSUANT TO 28 U.S.C. § 2241(c)(5) |
| vs. | |
| LEVI SHANTEAU, | |
| Defendant. | |

TO: THE WARDEN OF THE MIKE DURFEE STATE PRISON AND TO THE UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF SOUTH DAKOTA

WE COMMAND YOU to bring Levi Shanteau, now detained and under your custody as an inmate at the Mike Durfee State Prison under safe and secure conduct before the United States District Court for the District of South Dakota, at Sioux Falls, South Dakota, on August 25, 2020, at 3:30 p.m., for the purpose of a sentencing hearing in a case now pending in federal court against him, and for any other matters necessary for the proper disposition of the charge now pending against him in this court.  You are further directed to maintain Levi Shanteau in the custody of the United States Marshals Service until further order of the Court.

Dated this 17th day of August, 2020.

MARSHALS RETURN
(Partial)   (Final)
Defendant released from _via video-MDSP_
on _8-25-20_ and delivered to ___
at ___
_Daniel Mosttller, USM_
_Jodi Brown, Investigative Analyst_
U.S. MARSHAL
DEPUTY

BY THE COURT:

_Lawrence L. Piersol_
LAWRENCE L. PIERSOL
United States District Judge